UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHIRLEY BEER,

                Plaintiff,

    v.

NANCY A. BERRYHILL,

               Defendant.

Case No. C18-5355JLR

ORDER TO SHOW CAUSE RE: FAILURE TO FILE ANSWER

This matter is before the court on Plaintiff Shirley Beer's complaint seeking review of the Commissioner of Social Security's decision to deny benefits to her son, Douglas Lewis. (*See* Complaint (Dkt. # 3).) Ms. Beer filed proof of service indicating that service occurred on July 13, 2018. (*See* Proof of Service (Dkt. # 5).) Pursuant to Fed. R. Civ. P. 12(a)(2), the Commissioner was required to serve an answer to the complaint within 60 days after service. The Commissioner's answer was thus due by September 11, 2018. To date, the Commissioner has filed no answer. (See Dkt.)

//

//

//

ORDER TO SHOW CAUSE RE: FAILURE TO FILE ANSWER - 1

The Commissioner is hereby ordered to show cause on or before September 17, 2018 why this matter should not be remanded for failure to file an answer.

DATED this 13th day of September, 2018.

JAMES L. ROBART
United States District Judge

ORDER TO SHOW CAUSE RE: FAILURE TO FILE ANSWER - 2