UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHIRLEY BEER,

                Plaintiff,

    v.

NANCY A. BERRYHILL,

               Defendant.

Case No. C18-5355JLR

ORDER GRANTING ATTORNEYS' FEES

Before the court is Plaintiff Shirley Beer's motion for attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Dkt. # 18.) Defendant Nancy A. Berryhill, Deputy Commissioner of the Social Security Administration for Operations, did not file a response to the motion. The court, having reviewed the motion, supporting declarations, and the record and pleadings on file with the court, GRANTS the motion.

Therefore, it is hereby ORDERED that Ms. Beer is awarded $4,495.68 in attorneys' fees pursuant to the EAJA, plus $400.00 in costs, subject to any offset allowed under the Treasury Offset Program as described in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If it is determined that this award of fees and costs is not subject to any offset

ORDER - 1

allowed pursuant to the Department of Treasury's Offset Program, then the check for the award shall be made payable to Ms. Beer's attorney, D. James Tree, and sent to Mr. Tree at 3711 Englewood Avenue, Yakima, Washington 98902.  If the award is subject to any offset, the check for the remaining balance after the offset shall be made payable to Ms. Beer and sent to her attorney at the same address.

DATED this 1st day of April, 2019.

                                       JAMES L. ROBART
                                       United States District Judge